UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-7016 DSF (SSx) | Date | 10/2/08 |
|---|---|---|---|
| Title | David Shapiro v. T. Hasadsri et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Second Order to Show Cause RE Dismissal for Lack of Prosecution

    The complaint in this matter was filed on October 26, 2007.  The Court has not received proof of service of the complaint and summons.  On July 23, 2008, Plaintiff's counsel filed a declaration stating that a defendant was served.  This is insufficient; proof of service must be submitted.  See Fed. R. Civ. P. 4(l).  If the complaint and summons were served prior to July 23, the served defendant(s) would be in default as the Court has received no answer to the complaint.  Plaintiff is to submit proof of service of the complaint and summons and a request for entry of default on or before November 3, 2008, or the matter will be dismissed for lack of prosecution.

    IT IS SO ORDERED.